STATE OF OHIO :
:  ss:                    Affidavit of _Herbert Anderson_
WARREN COUNTY :

---

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF COMPLAINT UNDER 42 USC § 1983.

I, Herbert Anderson, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled complaint. I make this affidavit in support of my complaint under 42 USC § 1983 in connection with corrupt conspiracy.
2. On the 6th day of December 2009, at approximately 12:30. The plaintiff entered Euclid Shaw Food Mart, 15237 Euclid Ave., East Cleveland, Ohio. The plaintiff picked up several items in the snack isle. After a change of mind, the plaintiff returned items to the shelf, deciding to purchase a pizza.

3. As the plaintiff exit Euclid Shaw food Mart, defendant Yasir Amawi made several remarks to the plaintiff as he exit; "What did you steal"?

4. The plaintiff continue out the door. As the plaintiff was leaving the parking lot, in succession, both Yasir Amawi and Leon May, came out of Euclid Shaw Food MART, ACCUSING THE PLAINTIFF OF THEFT. After a n exchange of words with both, the plaintiff left the area.

5. On the 6th of Dedember 2008, at Euclid and Burnette Ave, in front of Angelo Mia Pizza. The plaintiff was approach by East Cleveland police officer,(Delisle) inquirying if the plaintiff possessed weapon or drugs at approximately 1:15 am in the city of East Cleveland,Ohio.

6. The plaintiff did inform Delisle E.C. police, that he was not in possession of weapon or drugs. The officer requested to do a cursory pat down, which the plaintiff consented. Afterward the officer placed the plaintiff under arrest on caharge of aggravated robbery.

6. Delisle E.C. police officer, corruptly, wrongly, unlawfully and without warrant, probable cause or material facts nor other legal process , with force and arms compelled the plaintiff to be conveyed to Euclid Shaw Food Mart, Where Yasir Amawi and Leon May identified the plaintiff as person who committed the crime of aggravated robbery on December 6, 2008 between 12:00 and 1:00 am, in East Cleveland , Ohio.

7. Delisle E.C. officer then conveyed the plaintiff to East Cleveland Police Department, violating the plaintiff 4th 14th Amendment rigths protected under color of state law.

8. On or about 12/8/2008 Det. Cunningham of East Cleveland police Depart -ment interrogated charged then scheduled a preliminary hearing before judge Sandra Wakler on 12/9/2008.

9. On or about 12/9/2008 at approximately 1:30 pm, Yasir Amawi and Leon May testified under oath, the plaintiff retruned items to the shelf and exited Euclid Shaw Food Mart.

10. On or about 12/9/2008 judge Sandra Walker bond the plaintiff over to

Cuyahoga County Grand Jury.

11. On or about 1/15/2009 the plaintiff was indicted by Cuyahoga Grand Jury, in violation of ORC 2911.01 A(1), and violation of 2921.12 A(1) in case no. CR-09-519891-A.

12. The State Ohio commensed a trial on or about April 4, 2009, after the state presented its case. The plaintiff counsel moved for motion of acquittal.

13. Judge Kathleen Ann Sutula granted plaintiff motion for rule 29, on April 5, 2009 the plaintiff was acquitted of all charges and discha rged.

Sworn to before me on this 25 day of October 2012.

_____  _____
Affiant                  Notary Public

BILLY DEE BAILEY
NOTARY PUBLIC • STATE OF OHIO
Recorded in Butler County
My commission expires Mar. 27, 2015

10/17/2012

2