UNITED STATE ATTORNEY GENERAL

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF OHIO  : ss:   CRIMINAL COMPLAINT

18 USC § 241 and 242

---

The undersigned complainant _Herbert Anderson_ prosecuting the defendants named in the criminal complaint that on or about the 6th day of December 2008, one Yasir Amawi et al did give East Clevelnad police officer Delisle tainted, misrepersentation in connection with a co rrupt conspiracy with the purpose to deprive, Herbert Anderson, 15708 Burnette Ave., East Cleveland, Ohio, the plaintiff of his civil rights, under color of state law, in willful participation in joint action with state or its agents. The deprivation of the plaintiff's liberty was in connection to conrrupt conspiracy under 18 U.S.C. § 241 & 242, in the city of East Cleveland, Ohio with the aid of East Cleveland Police Departement, in violation of his 4th, 5th, 8th, and 14th Amendements, based on the affidavit of Herbert Anderson filed with Northern District Prosecuting Attorney.

Sworn to before and subscribed in my presence this 25 day of October 2012.

Prosecuting Attorney

_Herbert Anderson_  
Affiant

Director of Law

Notary Public

BILLY DEE BAILEY  
NOTARY PUBLIC • STATE OF OHIO  
Recorded in Butler County  
My commission expires Mar. 27, 2015

State of Ohio :
Warren County : ss:       Affidavit of Herbert Anderson

AFFIDAVIT IN SUPPORT OF THE PLAINTIFF CRIMINAL COMPLAINT UNDER 18 U.S.C § 241 & 242.

I, Herbert Anderson, being duly sworn, deposes and says:

1. I am the Plaintif in the above entitled complaint. I make this affidavit in support of my complaint/Affidavit under 18 U.S.C § 241 & 242 in connection with corrupt conspriracy.

2. On the 6th day of December 2008, at approximately 12:35 AM. The plaintiff entered Euclid Shaw Food Mart, 15237 Euclid Ave. East Cleveland, Ohio. The plaintiff picked up several items in the snack isle. After making a change of mind, the plaintiff returned items to their shelf deciding to purchase a pizza.

3. As the plaintiff exited Euclid Shaw Food Mart, Yasir Amawi made several remarks to the plaintiff as he exit. " What did you steal!'

4. The plaintiff continued out the door. As the plaintiff attempt to leave Euclid Shaw Food Mart parking lot, in succession, Yasir Amawi and Leon May, came out of Euclid Shaw Food Mart, accusing the plaintiff of theft. After a exchange of words both Yasir Amawi and Leon May, the plaintiff left the area.

5. On the 6th day of December 2008, at Euclid and Burnette Ave, in front of Angelo Mia Pizza. The plainitff was approahed by East Cleveland Police Delisle. ., he inquired if the plaintiff possessed weapon or drugs at approximately 1:15 AM in the city of East Cleveland, Ohio.

6. The plaintiff did inform John Doe E.C. officer, that he was not in possession of weapon or drugs. Delisle E.C. officer requested to do cursory pat down, which the plaintiff consented. Afterward the plaintiff was placed under arrest and transported to East Cleveland jail on charge of agggravated robbery.

7. Delisle E.C. officer, corruptly , wrongly unlawfully without warrant, probable cause or other material facts or legal process, with force and arms compelled the plaintiff to be conveyed to Euclid Shaw Food Mart. Where Yasir Amawi and Leon May identified the plaintiff as the person who committed the crime of aggravated robbery on December 6,2008 between 12;00 and 1:00 am, in East Cleveland, Ohio.

8. Delisle officer, conveyed the plaintiff to East Cleveland Police Department, violating the plaintiff's 4th, 5th and 14th Amendement rights under color of state law and the United States Constitution.

9. On or about 12/8/2008 Det. Cunningham of East Cleveland Police Departement, interrogated then charged and scheduled a preliminary hearing before judge Sandra Wakler on 12/9/2008.

10. On or about 12/9/2008 at approximately 1:30pm, Yasir Amawi and Leon May testified under oath, the plaintiff returned items to shelf, then robbed Euclid Shaw Food Mart then exited.

11. On or about 12/9/2008 judge Sandra Wakler bindover the plaintiff to Cuyahoga County Grand Jury.

12. On or about 1 /15/2009 the plaintiff was indicted by Cuyahoga County grand jury, for aggravated robbery in violation of ORC 2911.01 A(1) and Tampering with evidence in violation of ORC 2921.12 A(1) in case no. CR-09-519891-A.

13. The State of Ohio commensed a jury trial on or about April 4, 2009, after states presentation of its case. The plaintiff counsel moved the court for Crim. Rule 29 acquittal.

14. Judge Kathleen Ann Sutula granted Plaintiff's motion for Crim. Rule 29 acquittal, on April 5, 2009 on all charges and discharged the plaintiff from custody.

Sworn to before me on this 25 day of October 2012

_Herbert Anderson_
Affiant

_Billy Dee Bailey_
Notary Public

BILLY DEE BAILEY
NOTARY PUBLIC • STATE OF OHIO
Recorded in Butler County
My commission expires Mar. 27, 2015