311058                                                                         519891



# Complaint Summary

East Cleveland Police Department

| Matter ID 501-9471 | CCN 101-8374 | CIF # 6086AF | Report Date 01/08/2009 |

| | | | |
|---|---|---|---|
| Name | ANDERSON, HERBERT E. | Phone | |
| Address | 14320 ST CLAIR AV, CLEVELAND, OH 44110 | Alias | |
| Ethnicity | Black | Sex M | Age 57 |
| Height | 509  Weight 170  Hair Black | Eyes | BROWN |
| D.O.B. | 06/09/1951  SSN ███████ | Driver License PJ133820 | |
| Birthplace | | | |

| | | |
|---|---|---|
| Orig. Agency | East Cleveland Police Department | Date of Offense 12/6/2008 |
| Arresting Agency | East Cleveland Police Department | Date of Arrest 12/06/2008 |
| Location of Offense | 15237 EUCLID, EAST CLEVELAND, OH | |
| Incident Tracking # | 0813785  FBI # 24273H | BCI # A644039  CCSO # |
| Offense | 2911.01 - Aggravated Robbery | |
| Accomplice(s) | | |
| Direct Indictment: | No  Arrested: Yes  Warrant: No | Holders |

**Synopsis of Offense:**
ATTEMPTED TO LEAVE STORE WITHOUT PAYING FOR FOOD & WHEN CONFRONTED DID PULL OUT A KNIFE & THREATENED TO CUT VICTIM.

| Incarceration Location | In Date | Type | Out Date | Release Reason | Transfer To |
|---|---|---|---|---|---|
| East Cleveland Police Department | 12/06/2008 | Arrest | | | |

Drugs:                          Weapons:                          Suspected Injury to Victim:

| Officer | Badge # | Rank | Role | Phone | Agency | Assigned |
|---|---|---|---|---|---|---|
| Cunningham, Kyle D. | Unk | | Primary | | East Cleveland Police Department | Yes |

Incident Report #
0813785

CIF #
6086AF

# Cuyahoga County ~~Pilot Project~~
## Case Information Form

(to be completed by participating police departments)

22297

CRIS Arrest No. _____ Incident Tracking No. 100451ES Date 12/09/2008

Name  ANDERSON                          HERBERT                    E
       (Last Name)                      (First Name)               (Middle Initial)

Alias _____                   Phone __-__-____

Address  14305 ST CLAIR            CLEVELAND           OH        44110
          (Street)                  (City)            (State)   (Zip Code)

Race  B   Sex  M   Age  57   Weight  170   Hair  509   Eyes  BRO

Driver License #  PJ133820                          Drive License State  OH

D.O.B.  06/09/1951     Birthplace: OHIO       SSN  277500139

Date(s) of Offense: 12/06/2008  Date of Arrest: 12/06/2008   Orig. Agency:  EAST CLEVELAND PD

Address of Offense (or Intersecting Streets): 15237 EUCLID AV     Zip Code: 44112

Narcotics Lab # _____  BCI Lab: ☐  (Ranks/Names/Badges) _____
PTL MICHAEL DELISLE , DET KYLE CUNNINGHAM , SGT KENNETH BOLTON ,

Submit. Agency Photo ID # 18458   FBI # 24273H   BCI# A644039   CCSO # 59591

Offense _____

Accomplice(s) _____                          Arrested? ☒   Warrant? ☐

Any Holders? ☐ _____                         Repeat Offender? ☐

Synopsis of the offense:
On 12-06-08 at approximately 0041 hours while on patrol in unit 3132, I Ptl. DeLisle was dispatched
to 15237 Euclid (Sunoco) for a disturbance. Ptl. Harris in unit 3141 was dispatched to assist.

☐ Drugs              ☐ Weapon              ☒ Injury To Victim
Type: _____        Type: _____         Type: _____
Est. Amount: 0.00

519891

Forfeiture: ☐ (please attach)   Prepared By: DET CUNNINGHAM
                                Date: 12/09/2008
                                Officer Assigned: DET CUNNINGHAM   Phone # 216-451-1234

BO086086AF   55109580

RECEIVED FOR FILING

JAN 09 2009

GERALD E. FUERST, CLERK
By_____ Deputy

## Cuyahoga County Court of Common Pleas
### Criminal Court Division

| State of Ohio, | | A True Bill Indictment For |
|---|---|---|
| | Plaintiff | Aggravated Robbery |
| VS. | | §2911.01(A)(1) |
| HERBERT E. ANDERSON, | | |
| | Defendant | 1 Additional Count(s) |

| Dates of Offense (on or about) | The Term Of | Case Number |
|---|---|---|
| December 6, 2008 | January of 2009 | 519891 |

The State of Ohio, } ss.  CR09519891-A    55522915
Cuyahoga County

| Count One | Aggravated Robbery §2911.01(A)(1) |
|---|---|
| Defendants | HERBERT E. ANDERSON |
| Date of Offense | On or about December 6, 2008 |

The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully did, in attempting or committing a theft offense, as defined in section 2913.01 and 2913.02 of the Revised Code, or in fleeing immediately after the attempt or offense upon Sunoco and/or Leon May did have a deadly weapon, to wit: knife, on or about his person or under his control and either displayed the weapon, brandished it, indicated that he possessed it, or used it contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

Forfeiture of a Weapon - §2941.1417(A)
The Grand Jurors further find and specify that the defendant(s) is/are the owner(s) and/or possessor(s) of a knife, which is contraband and/or property that was used contrary to law.

Notice of Prior Conviction - §2929.13(F)(6)
The Grand Jurors further find and specify that the offender previously was convicted of or pleaded guilty to Aggravated Robbery, and HERBERT E. ANDERSON, with counsel, on or about 12/11/1981, in the Common Pleas Court of Ohio, Cuyahoga County, Ohio, 165603, was convicted of Aggravated Robbery, in violation of 2911.01, of the State of Ohio.

RECEIVED FOR FILING
JAN 15 2009
GERALD E. FUERST
BY _____

| _____ | _____ |
|---|---|
| Foreperson of the Grand Jury | Prosecuting Attorney |

**Repeat Violent Offender Specification, "RVO" - §2941.149(A)**
The Grand Jurors further find and specify that HERBERT E. ANDERSON was convicted of and served time for Aggravated Robbery, to wit: the said HERBERT E. ANDERSON, with counsel, on or about 12/11/1981, in the Common Pleas Court of Ohio, Cuyahoga County, Ohio, 165603, was convicted of the crime of aggravated robbery, in violation of 2911.01, of the State of Ohio.

| | |
|---|---|
| **Count Two** | Tampering With Evidence §2921.12(A)(1) |
| **Defendants** | HERBERT E. ANDERSON |
| **Date of Offense** | On or about December 6, 2008 |

The grand jurors, on their oaths, further find that the Defendant(s) unlawfully did, knowing that an official proceeding or investigation was in progress, or was about to be or likely to be instituted, alter, destroy, conceal, or remove any record, document, or thing, with purpose to impair its value or availability as evidence in such proceeding or investigation contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.

**Forfeiture of a Weapon - §2941.1417(A)**
The Grand Jurors further find and specify that the defendant(s) is/are the owner(s) and/or possessor(s) of a knife, which is contraband and/or property that was used contrary to law.

_____          _____
Foreperson of the Grand Jury                              Prosecuting Attorney


57358763

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| THE STATE OF OHIO<br>Plaintiff | 2009 MAY -5 P 1: 10<br><br>GERALD E. FUERST<br>CLERK OF COURTS<br>CUYAHOGA COUNTY | Case No: CR-09-519891-A<br><br>Judge: KATHLEEN ANN SUTULA |
| HERBERT E ANDERSON<br>Defendant | | INDICT: 2911.01 AGGRAVATED ROBBERY /FORS /NPC<br>/RVOS<br>2921.12 TAMPERING WITH EVIDENCE /FORS |

FILED

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL SCOTT RAMSEY. PROSECUTING ATTORNEY STEVEN SZELAGIEWICZ PRESENT.
COURT REPORTER TIM SCHAEFER PRESENT.
TRIAL IN PROGRESS. STATE RESTS.
RULE 29 GRANTED AS TO COUNT(S) 1, 2.
DEFENDANT ORDERED RELEASED FROM COUNTY JAIL ON THIS CASE ONLY.

05/05/2009
CPEDB 05/05/2009 12:58:24

_____  5.5.09
Judge Signature        Date

---

THE STATE OF OHIO } SS. I, GERALD E. FUERST, CLERK OF
Cuyahoga County         THE COURT OF COMMON PLEAS
                        WITHIN AND FOR SAID COUNTY
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY
TAKEN AND COPIED FROM THE ORIGINAL _____
_____
NOW ON FILE IN MY OFFICE
WITNESS MY HAND AND SEAL OF SAID COURT THIS ____
DAY OF _____ A.D. 20____
    GERALD E. FUERST, Clerk
By _____, Deputy

PVER
05/05/2009

Sheriff Signature _____ 5-5-09        Page 1 of 1